UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARIANE BRYAN,

    Plaintiff,

Case No. _____

vs.

COATES I, INC., a Florida Profit Corporation
and Unkown Defendant #1; and Unknown
Defendant #2;

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, COATES I, INC. ("Coates I"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby files this Notice of Removal of the above-captioned action presently pending in the County Court of the Sixth Judicial Circuit of Pinellas County, Florida, Case No. 19-002728-CO, and states as follows:

1. On or about April 4, 2019 Plaintiff, Ariane Bryan ("Plaintiff"), filed a Complaint against Coates I in the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case Number: 19-002728-CO (the "Complaint").

2. Coates I was served with the Complaint on April 17, 2019.

3. The Complaint alleges violations of federal law which allegedly occurred within the Middle District of Florida. Specifically, the sole count in the Complaint alleges a claim for injunctive relief to remedy alleged disability discrimination pursuant to Title III of the Americans With Disabilities Act of 1990, 42 U.S.C. § 12112 *et. seq.* (the

"ADA") and Section 508 of the Rehabilitation Act, 36 CFR Parts 1193 and 1194, as amended (the "Rehab Act").

4. Additionally, the Complaint was filed in Pinellas County, where the Defendant resides (*see* paragraph 2 of the Complaint). Therefore, the Tampa Division of the United States District Court for the Middle District of Florida is the appropriate venue for the removal of this action.

5. The above described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (Federal Question), and is one which may be removed to this Court by Coates I pursuant to the provisions of 28 U.S.C. § 1441.

6. This Notice is being filed with this Court within thirty (30) days after Coates I has been served with the Complaint.

7. In accordance with 28 U.S.C. § 1446 (d), written Notice of the Filing of this Notice of Removal will be given to the adverse party, and a copy of this notice will be filed with the Clerk of the Circuit Court. In accordance with 28 U.S.C. § 1446 (a), a copy of all process, pleadings and orders served upon Coates I, along with all other state court filings and a civil cover sheet, are attached hereto as follows: (1) state court Complaint (**Exhibit A**); (2) state court docket sheet (**Exhibit B**); (3) all other state court filings (**Exhibit C**); (4) Civil Cover Sheet (**Exhibit D**); and (5) Notice of Removal to be filed in state court (**Exhibit E**).

8. Coates I consents to the removal of this action to the United States District Court for the Middle District of Florida. No other Defendant has been identified or served in this matter as of the date of this removal.

Dated: April 29, 2019.

Respectfully submitted,

*/s/ Joshua M. Entin*
Joshua M. Entin, Esq.; Trial Counsel
Fla. Bar No. 493724
ENTIN LAW GROUP, P.A.
633 S. Andrews Avenue, Suite 500
Ft. Lauderdale, Florida 33301
Tel: (954) 761-7201
Fax: (954) 764-2443
E-mail: Josh@entinlaw.com
***Attorney for Defendant, COATES I, INC.***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Joshua M. Entin, Esq.*
Joshua M. Entin, Esquire

## SERVICE LIST

*BRYAN vs. COATES I, INC.*
**United States District Court, Middle District of Florida (Tampa Division)**
**Case No: _____**

Melissa Gilkey Mince, Esquire
McDonald & Mince, PLLC
801 West Bay Drive
Largo, Florida 33770
Tel: 727-687-9707
E-mail: mmince@mcdonaldandmincelaw.com


Layla K. McDonald, Esquire
McDonald & Mince, PLLC
801 West Bay Drive
Largo, Florida 33770
Tel: 727-687-9707
E-mail: lmcdonald@mcdonaldandmincelaw.com